```
JAMIE JO BOLTON                 BOOST CREDIT LINE              FIRST PREMIER BANK
RANDY CHARLES DANIEL            1920 ALCOTT AVE                3820 N LOUISE AVE
18297 LONGWOOD DR.              CHICO, CA 95928                SIOUX FALLS, SD 57107
SAUCIER, MS 39574


THOMAS C. ROLLINS, JR.          CAPITAL ONE                    GENESIS FS
THE ROLLINS LAW FIRM, PLLC      ATTN: BANKRUPTCY               ATTN: BANKRUPTCY
P.O. BOX 13767                  P.O. BOX 30285                 PO BOX 4477
JACKSON, MS 39236               SALT LAKE CITY, UT 84130       BEAVERTON, OR 97076


1ST FRANKLIN                    CASHNET USA                    HMC GROUP
11010 HWY 49, SUITE 2           175 W JACKSON                  ATTN: BANKRUPTCY
GULFPORT, MS 39503              STE 1000                       29065 CLEMENS RD.
                                CHICAGO, IL 60604              STE 200
                                                               WESTLAKE, OH 44145


ADVANCE AMERICA                 CC BANK                        INTERNAL REVENUE SERVI
322 RHETT ST                    ATTN: BANKRUPTCY               CENTRALIZED INSOLVENCY
GREENVILLE, SC 29607            1835 W. STATE STREET           P.O. BOX 7346
                                PLEASANT GROVE, UT 84062       PHILADELPHIA, PA 19101-


ADVANCE FINANCIAL               COLLECTION MANAGEMENT          INTERNAL REVENUE SERVI
100 OCEANSIDE DRIVE             ATTN: BANKRUPTCY               C/O US ATTORNEY
NASHVILLE, TN 37204             705 SOUTH FIRST ST             501 EAST COURT ST
                                UNION CITY, TN 38281           STE 4.430
                                                               JACKSON, MS 39201


AFFIRM, INC.                    CONTINENTAL FINANCE            JEFFERSON CAPITAL
ATTN: BANKRUPTCY                ATTN: BANKRUPTCY               ATTN: BANKRUPTCY
650 CALIFORNIA ST               4550 NEW LINDEN HILL           200 14TH AVE E
FL 12                           WILMINGTON, DE 19808           SARTEKK, MN 56377
SAN FRANCISCO, CA 94108


AFTERPAY                        CREDIT COLL                    KLARNA
222 KEARNY ST #600              ATTN: BANKRUPTCY               PO BOX 8116
SAN FRANCISCO, CA 94103         725 CANTON STREET              COLUMBUS, OH 43201
                                NORWOOD, MA 02062


AMARILLO NATIONAL BANK          CREDIT ONE BANK                MEMORIAL HOSPITAL
ATTN: BANKRUPTCY                ATTN: BANKRUPTCY               PO BOX 1810
410 S TAYLOR                    6801 CIMARRON RD               GULFPORT, MS 39502
AMARILLO, TX 79101              LAS VEGAS, NV 89113


ASPIRE CREDIT CARD              FIRST BANK                     NATIONAL GENERAL
ATTN: BANKRUPTCY                520 W SUMMIT HILL DR           P.O. BOX 3199
PO BOX 105555                   KNOXVILLE, TN 37902            WINSTON SALEM, NC 27102
ATLANTA, GA 30348
```

```
NETCREDIT                     SINGING RIVER HEALTH          WESTLAKE PORTFOLIO
ATTN: BANKRUPTCY              2101 HWY 90                   ATTN: BANKRUPTCY
175 W JACKSON BLVD.           GAUTIER, MS 39553             PO BOX 76809
STE 600                                                     LOS ANGELES, CA 90054
CHICAGO, IL 60604


NETCREDIT                     SPEEDY CASH                   ZIP, INC.
ATTN:  BANKRUPTCY DEPT        3611 N. RIDGE RD.             PMB 59872
175 W JACKSON BLVD            WICHITA, KS 67205             NEW YORK, NY 10003-1502
STE 1000
CHICAGO, IL 60604


NETWORK SERVICES, INC         SYNCHRONY
ATTN: BANKRUPTCY              ATTN: BANKRUPTCY
PO BOX 1725                   PO BOX 955060
HATTIESBURG, MS 39403         ORLANDO, FL 32896-5060


ONE ADVANTAGE LLC             TREWOLLASWEATMAN PLLC
127 EAST SHORE PRKWY          317 E CAPITOL ST
SUITE A                       STE 505
LA PORTE, IN 46350            JACKSON, MS 39201


OPPLOANS                      TX ATTORNEY GENERAL
ATTN: BANKRUPTCY              CHILD SUPPRT DIVISION
130 E RANDOLPH ST             PO BOX 12017
STE 3400                      AUSTIN, TX 78711
CHICAGO, IL 60601


REPUBLIC FINANCE              TX DEPT OF PUBLIC SAFE
ATTN: BANKRUPTCY              P.O. BOX 4087
7031 COMMERCE CIRCLE          MILLS, NM 87730
BATON ROUGE, LA 70809


RISE CREDIT                   US ATTORNEY GENERAL
ATTN: BANKRUPTCY              US DEPT OF JUSTICE
PO BOX 101808                 950 PENNSYLVANIA AVENW
FORT WORTH, TX 76185          WASHINGTON, DC 20530-0001


ROOT                          WEBBANK/ONEMAIN
80 E RICH STE 500             ATTN: BANKRUPTCY
COLUMBUS, OH 43215            215 SOUTH STATE STREET
                              SUITE 1000
                              SALT LAKE CITY, UT 84111


SELF FINANCIAL/LEAD BA        WEST FOREST ESTATES
901 E. 6TH STREET             11261 PEYTON DR
AUSTIN, TX 78702              GULFPORT, MS 39503
```