**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

| | |
|---|---|
| IN RE:    Jamie Jo Bolton | Case No. 25-51090-KMS |
| Randy Charles Daniel, Debtors | CHAPTER 13 |

## NOTICE OF FILING CHAPTER 13 PLAN AND MOTIONS FOR VALUATION AND LIEN AVOIDANCE

The above-named Debtors have filed a *Chapter 13 plan and Motions for Valuation and Lien Avoidance* (the "Plan") with the Bankruptcy Court in the above referenced case (see attachment).

Any objection to confirmation of the Plan or the motions contained therein shall be filed in writing with the Clerk of Court at Dan M. Russell, Jr., U.S. Courthouse, 2012 15th Street, Suite 244, Gulfport, MS 39501, on or before October 9, 2025. Copies of the objection must be served on the Trustee, US Trustee, Debtors, and Attorney for Debtors.

Objections to confirmation will be heard and confirmation determined on October 16, 2025 at 10:00 AM in the Dan M. Russell, Jr. U.S. Courthouse, Bankruptcy Courtroom, 7th Floor, 2012 15th Street, Gulfport, MS 39501, unless the court orders otherwise. If no objection is timely filed, the Plan may be confirmed without a hearing.

| | |
|---|---|
| Date: August 5, 2025 | /s/ Thomas C. Rollins, Jr. |
| | *Thomas C. Rollins, Jr., Attorney for Debtor* |

Thomas C. Rollins, Jr., MSB# 103469
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
trollins@therollinsfirm.com
601-500-5533

| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | **Jamie Jo Bolton** <br> Full Name (First, Middle, Last) | |
| Debtor 2 <br> (Spouse, if filing) | **Randy Charles Daniel** <br> Full Name (First, Middle, Last) | |
| United States Bankruptcy Court for the | **SOUTHERN DISTRICT OF MISSISSIPPI** | ☐ Check if this is an amended plan, and list below the sections of the plan that have been changed. |
| Case number: <br> (If known) | **25-51090** | |

# Chapter 13 Plan and Motions for Valuation and Lien Avoidance                12/17

### Part 1: Notices

**To Debtors:** This form sets out options that may be appropriate in some cases, but the presence of an option on the form does not indicate that the option is appropriate in your circumstances or that it is permissible in your judicial district. Plans that do not comply with local rules and judicial rulings may not be confirmable. The treatment of ALL secured and priority debts must be provided for in this plan.

In the following notice to creditors, you must check each box that applies

**To Creditors:** Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated.

You should read this plan carefully and discuss it with your attorney if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

**If you oppose the plan's treatment of your claim or any provision of this plan, you or your attorney must file an objection to confirmation on or before the objection deadline announced in Part 9 of the Notice of Chapter 13 Bankruptcy Case (Official Form 309I). The Bankruptcy Court may confirm this plan without further notice if no objection to confirmation is filed. See Bankruptcy Rule 3015.**

The plan does not allow claims. Creditors must file a proof of claim to be paid under any plan that may be confirmed.

The following matters may be of particular importance. **Debtors must check one box on each line to state whether or not the plan includes each of the following items. If an item is checked as "Not Included" or if both boxes are checked, the provision will be ineffective if set out later in the plan.**

| 1.1 | A limit on the amount of a secured claim, set out in Section 3.2, which may result in a partial payment or no payment at all to the secured creditor | ☐ Included | ☑ Not Included |
|---|---|---|---|
| 1.2 | Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section 3.4. | ☐ Included | ☑ Not Included |
| 1.3 | Nonstandard provisions, set out in Part 8. | ☑ Included | ☐ Not Included |

### Part 2: Plan Payments and Length of Plan

**2.1    Length of Plan.**

The plan period shall be for a period of __**60**__ months, not to be less than 36 months or less than 60 months for above median income debtor(s). If fewer than 60 months of payments are specified, additional monthly payments will be made to the extent necessary to make the payments to creditors specified in this plan.

**2.2    Debtor(s) will make payments to the trustee as follows:**

Debtor shall pay _____ (☐ monthly, ☐ semi-monthly, ☐ weekly, or ☐ bi-weekly) to the chapter 13 trustee. Unless otherwise ordered by the court, an Order directing payment shall be issued to the debtor's employer at the following address:

| | | | |
|---|---|---|---|
| Debtor | **Jamie Jo Bolton**<br>**Randy Charles Daniel** | Case number | **25-51090** |

Joint Debtor shall pay **$972.00** ( ☐ monthly, ☐ semi-monthly, ☐ weekly, or ☑ bi-weekly) to the chapter 13 trustee. Unless otherwise ordered by the court, an Order directing payment shall be issued to the joint debtor's employer at the following address:

**John Fayard Moving & Warehousing**
**10323 Express Dr**
**Gulfport MS 39503-0000**

**2.3     Income tax returns/refunds.**

*Check all that apply*

☑ Debtor(s) will retain any exempt income tax refunds received during the plan term.

☐ Debtor(s) will supply the trustee with a copy of each income tax return filed during the plan term within 14 days of filing the return and will turn over to the trustee all non-exempt income tax refunds received during the plan term.

☐ Debtor(s) will treat income refunds as follows:

**2.4 Additional payments.**
*Check one.*

☑ **None.** *If "None" is checked, the rest of § 2.4 need not be completed or reproduced.*

## Part 3: Treatment of Secured Claims

**3.1     Mortgages. (Except mortgages to be crammed down under 11 U.S.C. § 1322(c)(2) and identified in § 3.2 herein.).**

*Check all that apply.*

☐ **None.** *If "None" is checked, the rest of § 3.1 need not be completed or reproduced.*

**3.1(a)     Principal Residence Mortgages:** All long term secured debt which is to be maintained and cured under the plan pursuant to 11 U.S.C. § 1322(b)(5) shall be scheduled below. Absent an objection by a party in interest, the plan will be amended consistent with the proof of claim filed by the mortgage creditor, subject to the start date for the continuing monthly mortgage payment proposed herein.
☑

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1 | Mtg pmts to | **First Bank** | | | | | |
| Beginning | **August 2025** | @ | **$549.61** | ☑ Plan | ☐ Direct. | Includes escrow ☐ Yes | ☑ No |
| 2 | Mtg pmts to | **West Forest Estates** | | | | | |
| Beginning | **August 2025** | @ | **$150.00** | ☑ Plan | ☐ Direct. | Includes escrow ☐ Yes | ☑ No |

| | | | | | |
|---|---|---|---|---|---|
| 1 | Mtg arrears to | **First Bank** | Through | **July 2025** | **$1,100.00** |
| 2 | Mtg arrears to | **West Forest Estates** | Through | **July 2025** | **$150.00** |

**3.1(b)** ☐ **Non-Principal Residence Mortgages:** All long term secured debt which is to be maintained and cured under the plan pursuant to 11 U.S.C. § 1322(b)(5) shall be scheduled below. Absent an objection by a party in interest, the plan will be amended consistent with the proof of claim filed by the mortgage creditor, subject to the start date for the continuing monthly mortgage payment proposed herein.

Property **-NONE-** address:
Mtg pmts to
Beginning   month           @                    Plan       Direct.     Includes escrow  Yes  No

Property **-NONE-**  Mtg arrears to                       Through

**3.1(c)** ☐ **Mortgage claims to be paid in full over the plan term:** Absent an objection by a party in interest, the plan will be amended consistent with the proof of claim filed by the mortgage creditor.

Creditor: **-NONE-**         Approx. amt. due:               Int. Rate*:
Property Address:
Principal Balance to be paid with interest at the rate above:
(as stated in Part 2 of the Mortgage Proof of Claim Attachment)
Portion of claim to be paid without interest: $
(Equal to Total Debt less Principal Balance)

**Mississippi Chapter 13 Plan**                                      Page 2

| Debtor | Jamie Jo Bolton<br>Randy Charles Daniel | Case number | 25-51090 |
|---|---|---|---|

Special claim for taxes/insurance: $ _____-NONE-_____ /month, beginning ___month___.
(as stated in Part 4 of the Mortgage Proof of Claim Attachment)

\* Unless otherwise ordered by the court, the interest rate shall be the current Till rate in this District
*Insert additional claims as needed.*

**3.2  Motion for valuation of security, payment of fully secured claims, and modification of undersecured claims.** *Check one..*

☑ **None.** *If "None" is checked, the rest of § 3.2 need not be completed or reproduced.*

**3.3  Secured claims excluded from 11 U.S.C. § 506.**

*Check one.*
☐ **None**. *If "None" is checked, the rest of § 3.3 need not be completed or reproduced.*
☑ The claims listed below were either:

(1) incurred within 910 days before the petition date and secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or

(2) incurred within 1 year of the petition date and secured by a purchase money security interest in any other thing of value.

These claims will be paid in full under the plan with interest at the rate stated below. Unless otherwise ordered by the court, the claim amount stated on a proof of claim filed before the filing deadline under Bankruptcy Rule 3002(c) controls over any contrary amount listed below. In the absence of a contrary timely filed proof of claim, the amounts stated below are controlling.

| Name of Creditor | Collateral | Amount of claim | Interest rate* |
|---|---|---|---|
| Amarillo National Bank | 2017 Ram 1500 SLT 103500 miles | $23,417.00 | 10.00% |

*Unless otherwise ordered by the court, the interest rate shall be the current Till rate in this District.

*Insert additional claims as needed.*

**3.4  Motion to avoid lien pursuant to 11 U.S.C. § 522.**

*Check one.*
☑ **None.** *If "None" is checked, the rest of § 3.4 need not be completed or reproduced.*

**3.5  Surrender of collateral.**

*Check one.*
☐ **None.** *If "None" is checked, the rest of § 3.5 need not be completed or reproduced.*
☑ The debtor(s) elect to surrender to each creditor listed below the collateral that secures the creditor's claim. The debtor(s) request that upon confirmation of this plan the stay under 11 U.S.C. § 362(a) be terminated as to the collateral only and that the stay under § 1301 be terminated in all respects. Any allowed unsecured claim resulting from the disposition of the collateral will be treated in Part 5 below.

| Name of Creditor | Collateral |
|---|---|
| 1st Franklin | Household Goods |
| Amarillo National Bank | Closed Bank Account |
| Republic Finance | Household Goods |

*Insert additional claims as needed.*

---

**Part 4:  Treatment of Fees and Priority Claims**

**4.1  General**
Trustee's fees and all allowed priority claims, including domestic support obligations other than those treated in § 4.5, will be paid in full without postpetition interest.

**4.2  Trustee's fees**

| | | | |
|---|---|---|---|
| Debtor | **Jamie Jo Bolton**<br>**Randy Charles Daniel** | Case number | **25-51090** |

Trustee's fees are governed by statute and may change during the course of the case.

**4.3** **Attorney's fees.**

☑ No look fee: __4,600.00__

    Total attorney fee charged: $**4,600.00**

    Attorney fee previously paid: $**227.00**

    Attorney fee to be paid in plan per confirmation order: $**4,373.00**

☐ Hourly fee: $____. (Subject to approval of Fee Application.)

**4.4** **Priority claims other than attorney's fees and those treated in § 4.5.**

*Check one.*

☐ **None**. *If "None" is checked, the rest of § 4.4 need not be completed or reproduced.*
☑ Internal Revenue Service    **$5,609.00** .
☐ Mississippi Dept. of Revenue    **$0.00** .
☐ Other ____ **$0.00** .

**4.5** **Domestic support obligations.**

☐ **None.** *If "None" is checked, the rest of § 4.5 need not be completed or reproduced.*
DUE TO: **TX Attorney General**
POST PETITION OBLIGATION: In the amount of $ **0.00** per month beginning **n/a**
To be paid ☐ direct, ☐ through payroll deduction, or ☑ through the plan.

PRE-PETITION ARREARAGE: In the amount of $ **30,408.00** through **July 2025**
which shall be paid in full over the plan term, unless stated otherwise:
To be paid ☐ direct, ☐ through payroll deduction, or ☑ through the plan.

*Insert additional claims as needed.*

**Part 5:** **Treatment of Nonpriority Unsecured Claims**

**5.1** **Nonpriority unsecured claims not separately classified.**

Allowed nonpriority unsecured claims that are not separately classified will be paid, pro rata. If more than one option is checked, the option providing the largest payment will be effective. *Check all that apply.*

☐ The sum of $
☑ __0.00__ % of the total amount of these claims, an estimated payment of $ __0.00__
☑ The funds remaining after disbursements have been made to all other creditors provided for in this plan.

If the estate of the debtor(s) were liquidated under chapter 7, nonpriority unsecured claims would be paid approximately $**0.00**
Regardless of the options checked above, payments on allowed nonpriority unsecured claims will be made in at least this amount.

**5.2** **Other separately classified nonpriority unsecured claims (special claimants).** *Check one*.

☑ **None.** If "None" is checked, the rest of § 5.3 need not be completed or reproduced.

**Part 6:** **Executory Contracts and Unexpired Leases**

**6.1** The executory contracts and unexpired leases listed below are assumed and will be treated as specified. All other executory contracts and unexpired leases are rejected. *Check one*.

| Debtor | Jamie Jo Bolton  Randy Charles Daniel | Case number | 25-51090 |
|---|---|---|---|

☑ **None.** *If "None" is checked, the rest of § 6.1 need not be completed or reproduced.*

## Part 7: Vesting of Property of the Estate

**7.1** Property of the estate will vest in the debtor(s) upon entry of discharge.

## Part 8: Nonstandard Plan Provisions

**8.1** **Check "None" or List Nonstandard Plan Provisions**
☐ **None.** *If "None" is checked, the rest of Part 8 need not be completed or reproduced.*

Under Bankruptcy Rule 3015(c), nonstandard provisions must be set forth below. A nonstandard provision is a provision not otherwise included in the Official Form or deviating from it. Nonstandard provisions set out elsewhere in this plan are ineffective.

The following plan provisions will be effective only if there is a check in the box "Included" in § 1.3.
 * % to unsecured claimholders shall be the minimum % to be paid to the unsecured class.
 ** amt to be determined by trustee from schedules A & B less hypothetical ch 7 liquidation costs

## Part 9: Signatures:

**9.1** **Signatures of Debtor(s) and Debtor(s)' Attorney**
*The Debtor(s) and attorney for the Debtor(s), if any, must sign below. If the Debtor(s) do not have an attorney, the Debtor(s) must provide their complete address and telephone number.*

| X | **/s/ Jamie Jo Bolton** | X | **/s/ Randy Charles Daniel** |
|---|---|---|---|
|   | **Jamie Jo Bolton** |   | **Randy Charles Daniel** |
|   | Signature of Debtor 1 |   | Signature of Debtor 2 |
|   | Executed on **August 1, 2025** |   | Executed on **August 1, 2025** |
|   | **18297 Longwood Dr.** |   | **18297 Longwood Dr.** |
|   | Address |   | Address |
|   | **Saucier MS 39574-0000** |   | **Saucier MS 39574-0000** |
|   | City, State, and Zip Code |   | City, State, and Zip Code |
|   | Telephone Number |   | Telephone Number |

| X | **/s/ Thomas C. Rollins, Jr.** | Date | **August 1, 2025** |
|---|---|---|---|
|   | **Thomas C. Rollins, Jr. 103469** |   |   |
|   | Signature of Attorney for Debtor(s) |   |   |
|   | **P.O. Box 13767** |   |   |
|   | **Jackson, MS 39236** |   |   |
|   | Address, City, State, and Zip Code |   |   |
|   | **601-500-5533** |   | **103469 MS** |
|   | Telephone Number |   | MS Bar Number |
|   | **trollins@therollinsfirm.com** |   |   |
|   | Email Address |   |   |

**Mississippi Chapter 13 Plan** Page 5

## **CERTIFICATE OF SERVICE**

      I, Thomas C. Rollins, Jr., attorney for the Debtors, do herby certify that by filing the attached Notice and Chapter 13 Plan, I have caused the following partied to be served electronically via ECF:

      Case Trustee
      Office of the US Trustee

      I further certify that I have this day served a true and correct copy of the Notice and Chapter 13 Plan by US Mail, postage prepaid, to all other parties listed on the attached master mailing list (matrix).

Date: August 5, 2025                /s/ Thomas C. Rollins, Jr.
                                            *Thomas C. Rollins, Jr., Attorney for Debtor*

Thomas C. Rollins, Jr., MSB# 103469
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
trollins@therollinsfirm.com
601-500-5533

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

| IN RE: | CASE NO: 25-51090-KMS |
|---|---|
| JAMIE JO BOLTON<br>RANDY CHARLES DANIEL | **DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13 |

On 8/5/2025, I did cause a copy of the following documents, described below,

Notice and Plan

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 8/5/2025

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.  103469
Attorney at Law
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS  39401
601 500 5533
trollins@therollinsfirm.com

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br><br>JAMIE JO BOLTON<br>RANDY CHARLES DANIEL | CASE NO: 25-51090-KMS<br><br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br><br>Chapter: 13 |

On 8/5/2025, a copy of the following documents, described below,

Notice and Plan

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 8/5/2025

_/s/ Miles Wood_

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS  39401

```
USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

CASE INFO                              ~~EXCLUDE~~

 LABEL MATRIX FOR LOCAL NOTICING        ~~US BANKRUPTCY COURT~~                1ST FRANKLIN
NCRS ADDRESS DOWNLOAD                   ~~DAN M RUSSELL  JR US COURTHOUSE~~    11010 HWY 49  SUITE 2
CASE 25-51090-KMS                       ~~2012 15TH STREET  SUITE 244~~        GULFPORT  MS 39503-4191
SOUTHERN DISTRICT OF MISSISSIPPI        ~~GULFPORT  MS 39501-2036~~
TUE AUG 5 8-12-44 PST 2025




ADVANCE AMERICA                         ADVANCE FINANCIAL                      AFFIRM  INC
322 RHETT ST                            100 OCEANSIDE DRIVE                    ATTN BANKRUPTCY
GREENVILLE  SC 29601-2532               NASHVILLE  TN 37204-2351               650 CALIFORNIA ST
                                                                               FL 12
                                                                               SAN FRANCISCO  CA 94108-2716




AFTERPAY                                AMARILLO NATIONAL BANK                 ASPIRE CREDIT CARD
222 KEARNY ST 600                       ATTN BANKRUPTCY                        ATTN BANKRUPTCY
SAN FRANCISCO  CA 94108-4509            410 S TAYLOR                           PO BOX 105555
                                        AMARILLO  TX 79101-1555                ATLANTA  GA 30348-5555




(P)BOOST CREDIT LINE                    CC BANK                                CAPITAL ONE
1920 ALCOTT AVENUE                      ATTN BANKRUPTCY                        ATTN BANKRUPTCY
CHICO CA 95928-8627                     1835 W STATE STREET                    PO BOX 30285
                                        PLEASANT GROVE  UT 84062-4038          SALT LAKE CITY  UT 84130-0285




CASHNETUSA                              COLLECTION MANAGEMENT                  (P)CONTINENTAL FINANCE COMPANY
175 W JACKSON BLVD                      ATTN BANKRUPTCY                        PO BOX 3220
SUITE 600                               705 SOUTH FIRST ST                     BUFFALO NY 14240-3220
CHICAGO  IL 60604-2948                  UNION CITY  TN 38261-5007




CREDIT COLL                             CREDIT ONE BANK                        FIRST BANK
ATTN BANKRUPTCY                         ATTN BANKRUPTCY                        520 W SUMMIT HILL DR
725 CANTON STREET                       6801 CIMARRON RD                       KNOXVILLE  TN 37902-2006
NORWOOD  MA 02062-2679                  LAS VEGAS  NV 89113-2273




FIRST PREMIER BANK                      GENESIS FS                             HMC GROUP
3820 N LOUISE AVE                       ATTN BANKRUPTCY                        ATTN BANKRUPTCY
SIOUX FALLS  SD 57107-0145              PO BOX 4477                            29065 CLEMENS RD
                                        BEAVERTON  OR 97076-4401               STE 200
                                                                               WESTLAKE  OH 44145-1179




INTERNAL REVENUE SERVI                  INTERNAL REVENUE SERVI                 JEFFERSON CAPITAL
CENTRALIZED INSOLVENCY                  CO US ATTORNEY                         ATTN BANKRUPTCY
PO BOX 7346                             501 EAST COURT ST                      200 14TH AVE E
PHILADELPHIA  PA 19101-7346             STE 4430                               SARTEKK  MN 56377-4500
                                        JACKSON  MS 39201-5025




(P)KLARNA INC                           MEMORIAL HOSPITAL                      (P)NATIONAL GENERAL INSURANCE
ATTN BANKRUPTCY                         PO BOX 1810                            PO BOX 3199
PO BOX 8116                             GULFPORT  MS 39502-1810                WINSTON SALEM NC 27102-3199
COLUMBUS OH 43201-0116
```

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| NETCREDIT<br>ATTN BANKRUPTCY<br>175 W JACKSON BLVD<br>STE 600<br>CHICAGO  IL 60604-2948 | NETCREDIT<br>ATTN  BANKRUPTCY DEPT<br>175 W JACKSON BLVD<br>STE 1000<br>CHICAGO  IL 60604-2863 | NETWORK SERVICES  INC<br>ATTN BANKRUPTCY<br>PO BOX 1725<br>HATTIESBURG  MS 39403-1725 |
| ONE ADVANTAGE LLC<br>127 EAST SHORE PRKWY<br>SUITE A<br>LA PORTE  IN 46350-2382 | OPPLOANS<br>ATTN BANKRUPTCY<br>130 E RANDOLPH ST<br>STE 3400<br>CHICAGO  IL 60601-6379 | RISE CREDIT<br>ATTN BANKRUPTCY<br>PO BOX 101808<br>FORT WORTH  TX 76185-1808 |
| (P)REPUBLIC FINANCE LLC<br>282 TOWER RD<br>PONCHATOULA LA 70454-8318 | ~~EXCLUDE~~<br>~~(D)(P)REPUBLIC FINANCE LLC~~<br>~~282 TOWER RD~~<br>~~PONCHATOULA LA 70454-8318~~ | ROOT<br>80 E RICH STE 500<br>COLUMBUS  OH 43215-5764 |
| SCIL  INC<br>15 BULL ST  SUITE 200<br>SAVANNAH  GA 31401-2686 | (P)SELF INC<br>901 E 6TH STREET SUITE 400<br>AUSTIN TX 78702-3241 | SINGING RIVER HEALTH<br>2101 HWY 90<br>GAUTIER  MS 39553-5340 |
| SINGING RIVER HEALTH SYSTEM<br>CO MICHAEL J MCELHANEY  JR<br>P O BOX 1618<br>PASCAGOULA  MS  39568-1618 | SPEEDY CASH<br>3611 N RIDGE RD<br>WICHITA  KS 67205-1214 | SYNCHRONY<br>ATTN BANKRUPTCY<br>PO BOX 955060<br>ORLANDO  FL 32896-5060 |
| TX ATTORNEY GENERAL<br>CHILD SUPPRT DIVISION<br>PO BOX 12017<br>AUSTIN  TX 78711-2017 | TX DEPT OF PUBLIC SAFE<br>PO BOX 4087<br>MILLS  NM 87730 | TREWOLLASWEATMAN PLLC<br>317 E CAPITOL ST<br>STE 505<br>JACKSON  MS 39201-3409 |
| US ATTORNEY GENERAL<br>US DEPT OF JUSTICE<br>950 PENNSYLVANIA AVENW<br>WASHINGTON  DC 20530-0001 | ~~EXCLUDE~~<br>~~UNITED STATES TRUSTEE~~<br>~~501 EAST COURT STREET~~<br>~~SUITE 6-430~~<br>~~JACKSON  MS 39201-5022~~ | WEBBANKONEMAIN<br>ATTN BANKRUPTCY<br>215 SOUTH STATE STREET<br>SUITE 1000<br>SALT LAKE CITY  UT 84111-2336 |
| WEST FOREST ESTATES<br>11261 PEYTON DR<br>GULFPORT  MS 39503-8152 | WESTLAKE PORTFOLIO<br>ATTN BANKRUPTCY<br>PO BOX 76809<br>LOS ANGELES  CA 90076-0809 | ZIP  INC<br>PMB 59872<br>NEW YORK  NY 10003-1502 |
| DEBTOR<br>JAMIE JO BOLTON<br>18297 LONGWOOD DR<br>SAUCIER  MS 39574-8082 | RANDY CHARLES DANIEL<br>18297 LONGWOOD DR<br>SAUCIER  MS 39574-8082 | THOMAS CARL ROLLINS JR<br>THE ROLLINS LAW FIRM  PLLC<br>PO BOX 13767<br>JACKSON  MS 39236-3767 |

```
USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.


 (P)WARREN A  CUNTZ  T1 JR
PO BOX 3749
GULFPORT MS 39505-3749
```