United States Bankruptcy Court
Southern District of Mississippi

In re:                                                                                                          Case No. 25-51090-KMS
Jamie Jo Bolton                                                  Chapter 13
Randy Charles Daniel
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0538-6                                    User: mssbad                                     Page 1 of 2
Date Rcvd: Aug 05, 2025                              Form ID: dn014                              Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol            Definition**

\+                    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 07, 2025:**

**Recip ID**                 **Recipient Name and Address**
db/jdb                   + Jamie Jo Bolton, Randy Charles Daniel, 18297 Longwood Dr., Saucier, MS 39574-8082

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 07, 2025                                   Signature:             /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 5, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Thomas Carl Rollins, Jr | on behalf of Debtor Jamie Jo Bolton trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Thomas Carl Rollins, Jr | on behalf of Joint Debtor Randy Charles Daniel trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |
| Warren A. Cuntz T1, Jr. | wcuntzcourt@gport13.com  waccourt1@gmail.com |

District/off: 0538-6 User: mssbad Page 2 of 2
Date Rcvd: Aug 05, 2025 Form ID: dn014 Total Noticed: 1
TOTAL: 4

Form dn014 (Rev. 10/19)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

**In re:**  Jamie Jo Bolton  
Randy Charles Daniel

**Case No.** 25−51090−KMS

**Chapter** 13

**To:**  Thomas Carl Rollins, Jr  
The Rollins Law Firm, PLLC  
trollins@therollinsfirm.com

### Notice of Deficiency

The following creditors:

People's Bank − E/F [4.33]

- ☒ are listed in the schedules (Dkt. #10), but not listed on the list of creditors ("Mailing Matrix") (Dkt. #3).
- ☐ are listed on the Mailing Matrix (Dkt. # ) with no address.
- ☐ are listed on the Amended Mailing Matrix (Dkt. #), but not listed on the original Mailing Matrix (Dkt. #)
- ☐

**Therefore**, you must:

- ☒ File an Amended Mailing Matrix:
  - ☒ adding the creditor(s) listed in the schedules, but not provided on the Mailing Matrix.
  - ☐ adding the complete address for the creditor listed with missing information.
- ☒ Pay the required $34.00 filing fee.
- ☒ Notify the affected creditors that they have been added to the mailing matrix. The Clerk's office has issued the notice of the meeting of creditors under § 341, therefore, you must attach a copy of the notice and any other notice providing **significant deadlines** for which notice has already been given, such as deadlines for filing complaints to determine the dischargeability of a debt if applicable.
  - ☐ Chapter 7 − *See Local Form MSSB−A7−2, Notice of Amendment to Debtor's List of Creditors/Mailing Matrix at www.mssb.uscourts.gov.*
  - ☒ Chapter 13 − *See Local Form MSSB−A13−2, Notice of Amendment to Debtor's List of Creditors/Mailing Matrix at www.mssb.uscourts.gov.*
- ☒ Serve and File a Notice of Amendment and Certificate of Service (local form).

You should carefully review the schedules and Mailing Matrix to ensure you have complied with Fed. R. Bankr. P. 1007(a)(1). Failure to correct the above deficiency, on or before **August 19, 2025**, may result in a show cause hearing why sanctions should not be imposed for failure to comply with 1007(a)(1).

Dated: August 5, 2025

Danny L. Miller, Clerk of Court  
Dan M. Russell, Jr. U.S. Courthouse  
2012 15th Street, Suite 244  
Gulfport, MS 39501  
228−563−1790