# United States Bankruptcy Court
## Southern District of Mississippi

In re: **Jamie Jo Bolton**
**Randy Charles Daniel**
Debtor(s)

Case No. **25-51090**
Chapter **13**

## VERIFICATION OF CREDITOR MATRIX - AMENDED

The above-named Debtors hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: **August 6, 2025**

/s/ **Jamie Jo Bolton**
**Jamie Jo Bolton**
Signature of Debtor

Date: **August 6, 2025**

/s/ **Randy Charles Daniel**
**Randy Charles Daniel**
Signature of Debtor

| | | |
|---|---|---|
| JAMIE JO BOLTON<br>RANDY CHARLES DANIEL<br>18297 LONGWOOD DR.<br>SAUCIER, MS 39574 | BOOST CREDIT LINE<br>1920 ALCOTT AVE<br>CHICO, CA 95928 | FIRST PREMIER BANK<br>3820 N LOUISE AVE<br>SIOUX FALLS, SD 57107 |
| THOMAS C. ROLLINS, JR.<br>THE ROLLINS LAW FIRM, PLLC<br>P.O. BOX 13767<br>JACKSON, MS 39236 | CAPITAL ONE<br>ATTN: BANKRUPTCY<br>P.O. BOX 30285<br>SALT LAKE CITY, UT 84130 | GENESIS FS<br>ATTN: BANKRUPTCY<br>PO BOX 4477<br>BEAVERTON, OR 97076 |
| 1ST FRANKLIN<br>11010 HWY 49, SUITE 2<br>GULFPORT, MS 39503 | CASHNET USA<br>175 W JACKSON<br>STE 1000<br>CHICAGO, IL 60604 | HMC GROUP<br>ATTN: BANKRUPTCY<br>29065 CLEMENS RD.<br>STE 200<br>WESTLAKE, OH 44145 |
| ADVANCE AMERICA<br>322 RHETT ST<br>GREENVILLE, SC 29607 | CC BANK<br>ATTN: BANKRUPTCY<br>1835 W. STATE STREET<br>PLEASANT GROVE, UT 84062 | INTERNAL REVENUE SERVI<br>CENTRALIZED INSOLVENCY<br>P.O. BOX 7346<br>PHILADELPHIA, PA 19101- |
| ADVANCE FINANCIAL<br>100 OCEANSIDE DRIVE<br>NASHVILLE, TN 37204 | COLLECTION MANAGEMENT<br>ATTN: BANKRUPTCY<br>705 SOUTH FIRST ST<br>UNION CITY, TN 38281 | INTERNAL REVENUE SERVI<br>C/O US ATTORNEY<br>501 EAST COURT ST<br>STE 4.430<br>JACKSON, MS 39201 |
| AFFIRM, INC.<br>ATTN: BANKRUPTCY<br>650 CALIFORNIA ST<br>FL 12<br>SAN FRANCISCO, CA 94108 | CONTINENTAL FINANCE<br>ATTN: BANKRUPTCY<br>4550 NEW LINDEN HILL<br>WILMINGTON, DE 19808 | JEFFERSON CAPITAL<br>ATTN: BANKRUPTCY<br>200 14TH AVE E<br>SARTEKK, MN 56377 |
| AFTERPAY<br>222 KEARNY ST #600<br>SAN FRANCISCO, CA 94103 | CREDIT COLL<br>ATTN: BANKRUPTCY<br>725 CANTON STREET<br>NORWOOD, MA 02062 | KLARNA<br>PO BOX 8116<br>COLUMBUS, OH 43201 |
| AMARILLO NATIONAL BANK<br>ATTN: BANKRUPTCY<br>410 S TAYLOR<br>AMARILLO, TX 79101 | CREDIT ONE BANK<br>ATTN: BANKRUPTCY<br>6801 CIMARRON RD<br>LAS VEGAS, NV 89113 | MEMORIAL HOSPITAL<br>PO BOX 1810<br>GULFPORT, MS 39502 |
| ASPIRE CREDIT CARD<br>ATTN: BANKRUPTCY<br>PO BOX 105555<br>ATLANTA, GA 30348 | FIRST BANK<br>520 W SUMMIT HILL DR<br>KNOXVILLE, TN 37902 | NATIONAL GENERAL<br>P.O. BOX 3199<br>WINSTON SALEM, NC 27102 |

```
NETCREDIT                      SELF FINANCIAL/LEAD BA         WEST FOREST ESTATES
ATTN: BANKRUPTCY               901 E. 6TH STREET              11261 PEYTON DR
175 W JACKSON BLVD.            AUSTIN, TX 78702               GULFPORT, MS 39503
STE 600
CHICAGO, IL 60604


NETCREDIT                      SINGING RIVER HEALTH           WESTLAKE PORTFOLIO
ATTN:  BANKRUPTCY DEPT         2101 HWY 90                    ATTN: BANKRUPTCY
175 W JACKSON BLVD             GAUTIER, MS 39553              PO BOX 76809
STE 1000                                                      LOS ANGELES, CA 90054
CHICAGO, IL 60604


NETWORK SERVICES, INC          SPEEDY CASH                    ZIP, INC.
ATTN: BANKRUPTCY               3611 N. RIDGE RD.              PMB 59872
PO BOX 1725                    WICHITA, KS 67205              NEW YORK, NY 10003-1502
HATTIESBURG, MS 39403


ONE ADVANTAGE LLC              SYNCHRONY
127 EAST SHORE PRKWY           ATTN: BANKRUPTCY
SUITE A                        PO BOX 955060
LA PORTE, IN 46350             ORLANDO, FL 32896-5060


OPPLOANS                       TREWOLLASWEATMAN PLLC
ATTN: BANKRUPTCY               317 E CAPITOL ST
130 E RANDOLPH ST              STE 505
STE 3400                       JACKSON, MS 39201
CHICAGO, IL 60601


PEOPLE'S BANK                  TX ATTORNEY GENERAL
P.O. BOX 7                     CHILD SUPPRT DIVISION
MENDENHALL, MS 39114           PO BOX 12017
                               AUSTIN, TX 78711


REPUBLIC FINANCE               TX DEPT OF PUBLIC SAFE
ATTN: BANKRUPTCY               P.O. BOX 4087
7031 COMMERCE CIRCLE           MILLS, NM 87730
BATON ROUGE, LA 70809


RISE CREDIT                    US ATTORNEY GENERAL
ATTN: BANKRUPTCY               US DEPT OF JUSTICE
PO BOX 101808                  950 PENNSYLVANIA AVENW
FORT WORTH, TX 76185           WASHINGTON, DC 20530-0001


ROOT                           WEBBANK/ONEMAIN
80 E RICH STE 500              ATTN: BANKRUPTCY
COLUMBUS, OH 43215             215 SOUTH STATE STREET
                               SUITE 1000
                               SALT LAKE CITY, UT 84111
```