MSSB-A13-2 (Rev. 01/24)

# United States Bankruptcy Court
## Southern District of Mississippi

**In re:** Jamie Jo Bolton                               **Case No.** 25-51090-KMS

Randy Charles Daniel                               **Chapter 13**
*Debtor(s)*

**To:** **Affected Creditors**: PEOPLE'S BANK
P.O. BOX 7
MENDENHALL, MS 39114

**Case Trustee:** Warren A. Cuntz, Jr.
**U. S. Trustee**

### Notice of Amendment to Debtor's List of Creditors/Mailing Matrix

**Please take notice** the debtor(s) named above has filed with the Bankruptcy Court an amended List of Creditors/Mailing Matrix to add one or more creditors. (See chapter 13 plan *(if applicable)* enclosed.)

If the affected creditor wishes to examine the debtor(s) under oath, the creditor has a right to request an adjourned § 341(a) creditor's meeting. The request must be made with the U.S. Trustee, 501 East Court St., Ste. 6-430, Jackson, MS 39201, within **21 days** from the date of this notice. (See copy of the original *Notice of Chapter 13 Bankruptcy Case* ("§ 341 Meeting of Creditors Notice") attached.)

The affected creditor has **60 days** from the date of this notice to file, with the U.S. Bankruptcy Court, a complaint to determine the dischargeability of a debt under § 523(c) of the Bankruptcy Code, a motion objecting to discharge under § 1328(f) of the Bankruptcy Code or a motion to seek an extension of time for filing a complaint or a motion objecting to discharge.

The affected creditor has **30 days** from the date of this notice to file, with the Bankruptcy Court, an objection to the debtor's Chapter 13 Plan.

The affected creditor is given **30 days** from the conclusion of the meeting of creditors or **30 days** from the date of this notice, whichever is later, to file with the U.S. Bankruptcy Court an objection to the list of property claimed as exempt.

The affected creditor has **70 days** from the date of this notice to file a Proof of Claim with the U.S. Bankruptcy Court. A proof of claim may be obtained at www.mssb.uscourts.gov or any bankruptcy clerk's office.

Address of the U.S. Bankruptcy Court is provided on the attached § 341 Meeting of Creditors Notice.

/s/ Thomas C. Rollins, Jr.
Signature of Debtor or Attorney for Debtor(s)

_____
Signature of Joint Debtor *(if applicable)*

### Certificate of Service

I hereby certify that I have this date served a true and correct copy of the notice of amendment, § 341 Meeting of Creditors Notice and chapter 13 plan *(if applicable)* to the affected creditor(s) via First Class U.S. Mail and the case trustee and U.S. Trustee via Notice of Electronic Filing (NEF) through the ECF system.

Date: August 8, 2025                                  /s/ Thomas C. Rollins, Jr.
Signature of Debtor or Attorney for Debtor(s)
Thomas C. Rollins, Jr., MSB# 103469
The Rollins Law Firm, PLLC
P.O. Box 13767, Jackson, MS 39236
trollins@therollinsfirm.com 601-500-5533

# Notice of Chapter 13 Bankruptcy Case
## United States Bankruptcy Court Southern District of Mississippi

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Jamie Jo Bolton**<br>First Name   Middle Name   Last Name | Social Security number or ITIN   **xxx–xx–6981**<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | **Randy Charles Daniel**<br>First Name   Middle Name   Last Name | Social Security number or ITIN   **xxx–xx–8547**<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court for the Southern District of Mississippi<br>Case number:   **25–51090–KMS** | | Date case filed for chapter   **13**   **7/29/25** |

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.uscourts.gov).

The staff of the bankruptcy clerk's office cannot give legal advice.

Cell Phones and other electronic devices are generally not allowed in the courthouses of this District. For more information visit www.mssb.uscourts.gov

To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Jamie Jo Bolton | Randy Charles Daniel |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 18297 Longwood Dr.<br>Saucier, MS 39574 | 18297 Longwood Dr.<br>Saucier, MS 39574 |
| 4. | **Debtor's attorney**<br>Name and address | Thomas Carl Rollins Jr<br>The Rollins Law Firm, PLLC<br>PO BOX 13767<br>Jackson, MS 39236 | Contact phone 601–500–5533<br>Email trollins@therollinsfirm.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Warren A. Cuntz T1 Jr.<br>P. O. Box 3749<br>Gulfport, MS 39505–3749 | Contact phone 228–831–9531<br>Email wcuntzcourt@gport13.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.uscourts.gov. | Dan M. Russell, Jr. U.S. Courthouse<br>2012 15th Street, Suite 244<br>Gulfport, MS 39501 | **Office Hours:**<br>**Monday – Friday 8:00 AM – 5:00 PM**<br>**Contact phone 228–563–1790**<br><br>**Date: 7/30/25** |

**For more information, see page 2**

Official Form 309I         Notice of Chapter 13 Bankruptcy Case (Rev. 12/17)         page 1

Debtor **Jamie Jo Bolton** and **Randy Charles Daniel**  Case number **25–51090–KMS**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **September 12, 2025** at **09:00 AM**<br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Trustee: Warren A. Cuntz T1 Jr. Zoom video meeting. Go to zoom.us/join, enter Meeting ID 846 854 1179 and Passcode 2798980867 , OR call 228–284–4805.**<br><br>**For additional meeting information go to www.justice.gov/ust/moc** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 11/12/25** |
| | **Deadline for all creditors to file a proof of claim:** (except governmental units) | **Filing deadline: 10/7/25** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 1/26/26** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | Miss. Bankr. L.R. 3015–1(d) requires the debtor to serve a copy of the plan and related notice on the Trustee, the US Trustee, and all creditors. The plan may contain a motion for valuation of security and/or a motion to avoid lien. Any objection to the plan or to any motion contained therein shall be in writing and filed with the Clerk of Court on or before **October 9, 2025**. Objections will be heard on **October 16, 2025** at **10:00 AM** in the Dan M. Russell, Jr. U.S. Courthouse, Bankruptcy Courtroom, 7th Floor, 2012 15th Street, Gulfport, MS 39501, unless otherwise ordered by the court. If no objection is timely filed, the plan may be confirmed without a hearing. | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at  www.pacer.uscourts.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 8. | |

| | | |
|---|---|---|
| JAMIE JO BOLTON<br>RANDY CHARLES DANIEL<br>18297 LONGWOOD DR.<br>SAUCIER, MS 39574 | BOOST CREDIT LINE<br>1920 ALCOTT AVE<br>CHICO, CA 95928 | FIRST PREMIER BANK<br>3820 N LOUISE AVE<br>SIOUX FALLS, SD 57107 |
| THOMAS C. ROLLINS, JR.<br>THE ROLLINS LAW FIRM, PLLC<br>P.O. BOX 13767<br>JACKSON, MS 39236 | CAPITAL ONE<br>ATTN: BANKRUPTCY<br>P.O. BOX 30285<br>SALT LAKE CITY, UT 84130 | GENESIS FS<br>ATTN: BANKRUPTCY<br>PO BOX 4477<br>BEAVERTON, OR 97076 |
| 1ST FRANKLIN<br>11010 HWY 49, SUITE 2<br>GULFPORT, MS 39503 | CASHNET USA<br>175 W JACKSON<br>STE 1000<br>CHICAGO, IL 60604 | HMC GROUP<br>ATTN: BANKRUPTCY<br>29065 CLEMENS RD.<br>STE 200<br>WESTLAKE, OH 44145 |
| ADVANCE AMERICA<br>322 RHETT ST<br>GREENVILLE, SC 29607 | CC BANK<br>ATTN: BANKRUPTCY<br>1835 W. STATE STREET<br>PLEASANT GROVE, UT 84062 | INTERNAL REVENUE SERVI<br>CENTRALIZED INSOLVENCY<br>P.O. BOX 7346<br>PHILADELPHIA, PA 19101- |
| ADVANCE FINANCIAL<br>100 OCEANSIDE DRIVE<br>NASHVILLE, TN 37204 | COLLECTION MANAGEMENT<br>ATTN: BANKRUPTCY<br>705 SOUTH FIRST ST<br>UNION CITY, TN 38281 | INTERNAL REVENUE SERVI<br>C/O US ATTORNEY<br>501 EAST COURT ST<br>STE 4.430<br>JACKSON, MS 39201 |
| AFFIRM, INC.<br>ATTN: BANKRUPTCY<br>650 CALIFORNIA ST<br>FL 12<br>SAN FRANCISCO, CA 94108 | CONTINENTAL FINANCE<br>ATTN: BANKRUPTCY<br>4550 NEW LINDEN HILL<br>WILMINGTON, DE 19808 | JEFFERSON CAPITAL<br>ATTN: BANKRUPTCY<br>200 14TH AVE E<br>SARTEKK, MN 56377 |
| AFTERPAY<br>222 KEARNY ST #600<br>SAN FRANCISCO, CA 94103 | CREDIT COLL<br>ATTN: BANKRUPTCY<br>725 CANTON STREET<br>NORWOOD, MA 02062 | KLARNA<br>PO BOX 8116<br>COLUMBUS, OH 43201 |
| AMARILLO NATIONAL BANK<br>ATTN: BANKRUPTCY<br>410 S TAYLOR<br>AMARILLO, TX 79101 | CREDIT ONE BANK<br>ATTN: BANKRUPTCY<br>6801 CIMARRON RD<br>LAS VEGAS, NV 89113 | MEMORIAL HOSPITAL<br>PO BOX 1810<br>GULFPORT, MS 39502 |
| ASPIRE CREDIT CARD<br>ATTN: BANKRUPTCY<br>PO BOX 105555<br>ATLANTA, GA 30348 | FIRST BANK<br>520 W SUMMIT HILL DR<br>KNOXVILLE, TN 37902 | NATIONAL GENERAL<br>P.O. BOX 3199<br>WINSTON SALEM, NC 27102 |

NETCREDIT
ATTN: BANKRUPTCY
175 W JACKSON BLVD.
STE 600
CHICAGO, IL 60604

NETCREDIT
ATTN: BANKRUPTCY DEPT
175 W JACKSON BLVD
STE 1000
CHICAGO, IL 60604

NETWORK SERVICES, INC
ATTN: BANKRUPTCY
PO BOX 1725
HATTIESBURG, MS 39403

ONE ADVANTAGE LLC
127 EAST SHORE PRKWY
SUITE A
LA PORTE, IN 46350

OPPLOANS
ATTN: BANKRUPTCY
130 E RANDOLPH ST
STE 3400
CHICAGO, IL 60601

PEOPLE'S BANK
P.O. BOX 7
MENDENHALL, MS 39114

REPUBLIC FINANCE
ATTN: BANKRUPTCY
7031 COMMERCE CIRCLE
BATON ROUGE, LA 70809

RISE CREDIT
ATTN: BANKRUPTCY
PO BOX 101808
FORT WORTH, TX 76185

ROOT
80 E RICH STE 500
COLUMBUS, OH 43215

SELF FINANCIAL/LEAD BA
901 E. 6TH STREET
AUSTIN, TX 78702

SINGING RIVER HEALTH
2101 HWY 90
GAUTIER, MS 39553

SPEEDY CASH
3611 N. RIDGE RD.
WICHITA, KS 67205

SYNCHRONY
ATTN: BANKRUPTCY
PO BOX 955060
ORLANDO, FL 32896-5060

TREWOLLASWEATMAN PLLC
317 E CAPITOL ST
STE 505
JACKSON, MS 39201

TX ATTORNEY GENERAL
CHILD SUPPRT DIVISION
PO BOX 12017
AUSTIN, TX 78711

TX DEPT OF PUBLIC SAFE
P.O. BOX 4087
MILLS, NM 87730

US ATTORNEY GENERAL
US DEPT OF JUSTICE
950 PENNSYLVANIA AVENW
WASHINGTON, DC 20530-0001

WEBBANK/ONEMAIN
ATTN: BANKRUPTCY
215 SOUTH STATE STREET
SUITE 1000
SALT LAKE CITY, UT 84111

WEST FOREST ESTATES
11261 PEYTON DR
GULFPORT, MS 39503

WESTLAKE PORTFOLIO
ATTN: BANKRUPTCY
PO BOX 76809
LOS ANGELES, CA 90054

ZIP, INC.
PMB 59872
NEW YORK, NY 10003-1502