**Fill in this information to identify the case:**

Debtor 1: Randy Daniel

Debtor 2: Jamie Daniel
(Spouse, if filing)

United States Bankruptcy Court for the: Southern District of Mississippi
(State)

Case number: 25-51090

## Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges 12/16

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.**

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** FirstBank

**Court claim no.** (if known): 5-1

**Last 4 digits** of any number you use to identify the debtor's account: 4508

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☑ No
☐ Yes. Date of the last notice: ____/____/_____

### Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates incurred | Amount |
|---|---|---|
| 1. Late charges | | (1) $ _____ |
| 2. Non-sufficient funds (NSF) fees | | (2) $ _____ |
| 3. Attorney fees | | (3) $ _____ |
| 4. Filing fees and court costs | | (4) $ _____ |
| 5. Bankruptcy/Proof of claim fees | | (5) $ _____ |
| 6. Appraisal/Broker's price opinion fees | | (6) $ _____ |
| 7. Property inspection fees | | (7) $ _____ |
| 8. Tax advances (non-escrow) | | (8) $ _____ |
| 9. Insurance advances (non-escrow) | | (9) $ _____ |
| 10. Property preservation expenses. Specify:_____ | | (10) $ _____ |
| 11. Other. Specify: Open/Review Bankruptcy case | 08/08/2025 | (11) $ 250 |
| 12. Other. Specify:_____ | | (12) $ _____ |
| 13. Other. Specify:_____ | | (13) $ _____ |
| 14. Other. Specify:_____ | | (14) $ _____ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Official Form 410S2  **Notice of Postpetition Mortgage Fees, Expenses, and Charges**  page 1

| | | | |
|---|---|---|---|
| Debtor 1 | Randy Daniel | Case number (*if known*) | 25-51090 |
| | First Name   Middle Name   Last Name | | |

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☒ I am the creditor.

☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✖ /S/ Ben Brubaker
Signature

Date 09/27/25

Print: Ben Brubaker
First Name   Middle Name   Last Name

Title _____

Company  FirstBank

Address  520 W. Sumimit Hill Dr, Ste 801
Number    Street
Knoxville , TN 37902
City            State      ZIP Code

Contact phone  ( 866 )  515 - 2053

Email  dl-mhbankruptcydept@firstbankonline.com

Official Form 410S2            **Notice of Postpetition Mortgage Fees, Expenses, and Charges**            page **2**

**UNITED STATES BANKRUPTCY COURT**
**FOR THE Southern DISTRICT OF Mississippi**

| | |
|---|---|
| **IN RE:** | **Chapter 13** |
| **Randy Daniel, Debtor.** | **Case No. 25-51090** |
| **Jamie Daniel, Co-Debtor** | |

**CERTIFICATE OF SERVICE**

I hereby certify that on September 27, 2025, I electronically filed the Notice of Post-Petition Mortgage Fees, Expenses, and charges and Certificate of Service with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

Thomas Rollins Jr, debtor's attorney
Warren Cuntz Jr, bankruptcy trustee

and I hereby certify that I have mailed by United States Postal Service a notice to the following non-ECF participants:

Randy Daniel, Debtor
Jamie Daniel, Co-debtor
18297 LONGWOOD DRIVE SAUCIER, MS 39574, Debtor Address

/s/ Ben Brubaker

Ben Brubaker
Bankruptcy Department
FirstBank
520 W. Summit Hill Dr., Ste-801
Knoxville, TN  37902
(865) 515-2053
dl-mhbankruptcydept@firstbankonline.com

Dated: September 27, 2025