United States Bankruptcy Court
Southern District of Mississippi

In re:     Case No. 25-51090-KMS
Jamie Jo Bolton     Chapter 13
Randy Charles Daniel
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0538-6     User: mssbad     Page 1 of 4
Date Rcvd: Oct 15, 2025     Form ID: n031     Total Noticed: 63

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 17, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jamie Jo Bolton, Randy Charles Daniel, 18297 Longwood Dr., Saucier, MS 39574-8082 |
| 5539752 | + | 1st Franklin, 11010 Hwy 49, Suite 2, Gulfport, MS 39503-4191 |
| 5539775 | + | Memorial Hospital, PO Box 1810, Gulfport, MS 39502-1810 |
| 5544956 | + | Memorial Hospital, c/o Wessler Law Firm, P.O. Box 175, Gulfport, MS 39502-0175 |
| 5539779 | + | Network Services, Inc, Attn: Bankruptcy, Po Box 1725, Hattiesburg, MS 39403-1725 |
| 5539784 | + | Root, 80 E Rich Ste 500, Columbus, OH 43215-5764 |
| 5539790 | + | TX Attorney General, Child Supprt Division, Po Box 12017, Austin, TX 78711-2017 |
| 5539791 | | TX Dept of Public Safe, P.O. Box 4087, Mills, NM 87730 |
| 5539789 | + | TrewollaSweatman PLLC, 317 E Capitol St, Ste 505, Jackson, MS 39201-3409 |
| 5539794 | + | West Forest Estates, 11261 Peyton Dr, Gulfport, MS 39503-8152 |
| 5558645 | + | West Forest Estates Partnership, 11261 Peyton Drive, Gulfport, MS 39503-8152 |
| 5539796 | | Zip, Inc., PMB 59872, New York, NY 10003-1502 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: mhbkr@firstbankonline.com | Oct 15 2025 20:13:00 | FirstBank, 520 W Summit Hill Dr Suite 801, Knoxville, TN 37902-2006 |
| 5548130 | + | Email/Text: bankruptcy@1ffc.com | Oct 15 2025 20:14:00 | 1st Franklin Financial Corporation, ATTN: Admin Services, PO BOX 880, Toccoa GA 30577-0880 |
| 5539753 | + | Email/Text: bnc@teampurpose.com | Oct 15 2025 20:13:00 | Advance America, 322 Rhett St, Greenville, SC 29601-2532 |
| 5539754 | + | Email/Text: bankruptcy@af247.com | Oct 15 2025 20:14:00 | Advance Financial, 100 Oceanside Drive, Nashville, TN 37204-2351 |
| 5539755 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Oct 15 2025 20:17:32 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 5539756 | ^ | MEBN | Oct 15 2025 20:08:13 | Afterpay, 222 Kearny St #600, San Francisco, CA 94108-4509 |
| 5539757 | + | Email/Text: maci.sartain@anb.com | Oct 15 2025 20:13:00 | Amarillo National Bank, Attn: Bankruptcy, 410 S Taylor, Amarillo, TX 79101-1555 |
| 5548254 | + | Email/Text: maci.sartain@anb.com | Oct 15 2025 20:13:00 | Amarillo National Bank, P.O. Box 1, Amarillo, TX 79105-0001 |
| 5539758 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Oct 15 2025 20:13:00 | Aspire Credit Card, Attn: Bankruptcy, Po Box 105555, Atlanta, GA 30348-5555 |
| 5539759 | | Email/Text: mtle@mechoopda-nsn.gov | Oct 15 2025 20:13:00 | Boost Credit Line, 1920 Alcott Ave, Chico, CA 95928 |
| 5539762 | + | Email/Text: bankruptcy@ccbank.com | Oct 15 2025 20:13:00 | CC Bank, Attn: Bankruptcy, 1835 W. State Street, |

| District/off: 0538-6 | User: mssbad | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Oct 15, 2025 | Form ID: n031 | Total Noticed: 63 |

| | | | | |
|---|---|---|---|---|
| | | | | Pleasant Grove, UT 84062-4038 |
| 5539764 | | Email/Text: cfcbackoffice@contfinco.com | Oct 15 2025 20:13:00 | Continental Finance, Attn: Bankruptcy, 4550 New Linden Hill, Wilmington, DE 19808 |
| 5539760 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 15 2025 20:17:39 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 5539761 | + | Email/Text: opsqa_usbankruptcy@cashnetusa.com | Oct 15 2025 20:13:00 | CashNetUSA, 175 W Jackson Blvd, Suite 600, Chicago, IL 60604-2948 |
| 5539763 | + | Email/Text: sstone@collectionmgt.com | Oct 15 2025 20:13:00 | Collection Management, Attn: Bankruptcy, 705 South First St, Union City, TN 38261-5007 |
| 5539765 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Oct 15 2025 20:14:00 | Credit Coll, Attn: Bankruptcy, 725 Canton Street, Norwood, MA 02062-2679 |
| 5539766 | + | Email/PDF: creditonebknotifications@resurgent.com | Oct 15 2025 20:17:37 | Credit One Bank, Attn: Bankruptcy, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 5539771 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 15 2025 20:13:00 | Department of Treasury-Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5572207 | + | Email/Text: opportunitynotices@gmail.com | Oct 15 2025 20:14:00 | FinWise Bank, c/o Opportunity Financial, LLC, P.O. Box 5040, Fredericksburg, VA 22403-0640 |
| 5539767 | + | Email/Text: mhbkr@firstbankonline.com | Oct 15 2025 20:13:00 | First Bank, 520 W Summit Hill Drive, Suite 801, Knoxville, TN 37902-2006 |
| 5539768 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Oct 15 2025 20:17:26 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 5539769 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Oct 15 2025 20:14:00 | Genesis FS, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 5539770 | + | Email/Text: hmcgrp@aol.com | Oct 15 2025 20:13:00 | Hmc Group, Attn: Bankruptcy, 29065 Clemens Rd., Ste 200, Westlake, OH 44145-1179 |
| 5539772 | + | Email/Text: ebone.woods@usdoj.gov | Oct 15 2025 20:13:00 | Internal Revenue Servi, c/o US Attorney, 501 East Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 5559950 | | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 15 2025 20:14:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 5539773 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 15 2025 20:14:00 | Jefferson Capital, Attn: Bankruptcy, 200 14th Ave E, Sartekk, MN 56377-4500 |
| 5539774 | | Email/Text: customerservice.us@klarna.com | Oct 15 2025 20:13:00 | Klarna, PO Box 8116, Columbus, OH 43201 |
| 5570425 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 15 2025 20:17:31 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5561083 | | Email/Text: BANKRUPTCY@DOR.MS.GOV | Oct 15 2025 20:13:00 | Mississippi Department of Revenue, Bankruptcy Section, P O Box 22808, Jackson, MS 39225-2808 |
| 5539776 | | Email/Text: NPSBankruptcies@ngic.com | Oct 15 2025 20:13:00 | National General, P.O. Box 3199, Winston Salem, NC 27102 |
| 5539777 | + | Email/Text: netcreditbnc@enova.com | Oct 15 2025 20:14:03 | NetCredit, Attn: Bankruptcy, 175 W Jackson Blvd., Ste 600, Chicago, IL 60604-2948 |
| 5539778 | + | Email/Text: netcreditbnc@enova.com | Oct 15 2025 20:14:03 | Netcredit, Attn: Bankruptcy Dept, 175 W Jackson Blvd, Ste 1000, Chicago, IL 60604-2863 |
| 5539780 | ^ | MEBN | Oct 15 2025 20:08:28 | One Advantage LLC, 127 East Shore Prkwy, Suite A, La Porte, IN 46350-2382 |
| 5543115 | + | Email/PDF: cbp@omf.com | Oct 15 2025 20:17:25 | OneMain Financial Group, LLC, PO Box 981037, Boston, MA 02298-1037 |
| 5539781 | + | Email/Text: opportunitynotices@gmail.com | Oct 15 2025 20:14:00 | OppLoans, Attn: Bankruptcy, 130 E Randolph St, Ste 3400, Chicago, IL 60601-6379 |
| 5544386 | + | Email/Text: TeamCollections@peoplesbank-ms.com | Oct 15 2025 20:14:00 | PEOPLE'S BANK, P.O. BOX 7, MENDENHALL, MS 39114-0007 |

| District/off: 0538-6 | User: mssbad | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Oct 15, 2025 | Form ID: n031 | Total Noticed: 63 |

| | | | | |
|---|---|---|---|---|
| 5566273 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 15 2025 20:17:30 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 5559533 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 15 2025 20:14:00 | Premier Bankcard, LLC, Jefferson Capital Systems, LLC Assignee, Po Box 7999, St. Cloud, MN 56302-7999 |
| 5539782 | | Email/Text: bankruptcy@republicfinance.com | Oct 15 2025 20:14:00 | Republic Finance, Attn: Bankruptcy, 7031 Commerce Circle, Baton Rouge, LA 70809 |
| 5541719 | | Email/Text: bankruptcy@republicfinance.com | Oct 15 2025 20:14:00 | Republic Finance, LLC, 282 Tower Road, Ponchatoula, LA 70454 |
| 5563926 | + | Email/Text: peritus@ebn.phinsolutions.com | Oct 15 2025 20:14:00 | RISE Credit, Peritus Portfolio Services II, LLC, PO Box 1149, GRAPEVINE, TX 76099-1149 |
| 5539783 | + | Email/Text: elevate@ebn.phinsolutions.com | Oct 15 2025 20:14:00 | RISE Credit, Attn: Bankruptcy, Po Box 101808, Fort Worth, TX 76185-1808 |
| 5540725 | + | Email/Text: bkinfo@ccfi.com | Oct 15 2025 20:13:00 | SCIL, Inc, 15 Bull St, Suite 200, Savannah, GA 31401-2686 |
| 5539785 | | Email/Text: bankruptcy@self.inc | Oct 15 2025 20:13:00 | Self Financial/lead Ba, 901 E. 6th Street, Austin, TX 78702 |
| 5539786 | + | Email/Text: SRHS.FSBank@MYSRHS.COM | Oct 15 2025 20:13:00 | Singing River Health, 2101 Hwy 90, Gautier, MS 39553-5340 |
| 5541570 | ^ | MEBN | Oct 15 2025 20:08:26 | Singing River Health System, C/O Michael J. McElhaney, Jr., P. O. Box 1618, Pascagoula, MS 39568-1618 |
| 5539787 | + | Email/Text: bkinfo@ccfi.com | Oct 15 2025 20:13:00 | Speedy Cash, 3611 N. Ridge Rd., Wichita, KS 67205-1214 |
| 5539788 | | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 15 2025 20:17:39 | Synchrony, Attn: Bankruptcy, PO Box 955060, Orlando, FL 32896-5060 |
| 5539792 | ^ | MEBN | Oct 15 2025 20:08:18 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |
| 5539793 | + | Email/PDF: cbp@omf.com | Oct 15 2025 20:17:37 | WebBank/OneMain, Attn: Bankruptcy, 215 South State Street, Suite 1000, Salt Lake City, UT 84111-2336 |
| 5539795 | ^ | MEBN | Oct 15 2025 20:07:49 | Westlake Portfolio, Attn: Bankruptcy, Po Box 76809, Los Angeles, CA 90076-0809 |

TOTAL: 51

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 17, 2025          Signature:     /s/Gustava Winters

| District/off: 0538-6 | User: mssbad | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Oct 15, 2025 | Form ID: n031 | Total Noticed: 63 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 15, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Thomas Carl Rollins, Jr | on behalf of Debtor Jamie Jo Bolton trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Thomas Carl Rollins, Jr | on behalf of Joint Debtor Randy Charles Daniel trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |
| Warren A. Cuntz T1, Jr. | wcuntzcourt@gport13.com waccourt1@gmail.com |

TOTAL: 4

Form n031−ntcplancnf (9/30/2020)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

Case No.: 25−51090−KMS
Chapter: 13

**In re:**

| | |
|---|---|
| Jamie Jo Bolton<br>18297 Longwood Dr.<br>Saucier, MS 39574 | Randy Charles Daniel<br>18297 Longwood Dr.<br>Saucier, MS 39574 |

### Notice of Entry of Order Confirming Plan

The Court entered an Order on November 15, 2025 (Dkt. # 23 ) confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

| Jackson Office: | Gulfport Office: |
|---|---|
| Clerk, U.S. Bankruptcy Court<br>Southern District of Mississippi<br>Thad Cochran U.S. Courthouse<br>501 East Court Street, Suite 2.300<br>Jackson, MS 39201<br>601−608−4600 | Clerk, U.S. Bankruptcy Court<br>Southern District of Mississippi<br>Dan M. Russell, Jr. U.S. Courthouse<br>2012 15th Street, Suite 244<br>Gulfport, MS 39501<br>228−563−1790 |

Dated: October 15, 2025                                                    Danny L. Miller, Clerk of Court