# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Jamie Jo Bolton                                               Case No. 25-51090-KMS
         Randy Charles Daniel, Debtors                                 CHAPTER 13

## MOTION TO ALLOW LATE FILED CLAIM

COMES NOW, Debtors, by and through counsel, and moves for the Court to allow the late filed claim filed by Texas Attorney General (Claim #26), and in support thereof, would show the following:

1. Texas Attorney General was properly listed in Debtors bankruptcy.
2. Debtors contacted Texas Attorney General ("Creditor") multiple times to file a claim in the pending case. To date, Creditor has not filed a claim.
3. That on or about February 18, 2026, Debtor filed a priority claim in the amount of $32,134.34 on behalf of Creditor.
4. That the deadline for filing claims has passed.
5. Debtors wish for the claim for pre-petition child support arrearage through July 2025 be paid in the amount of $30,408.00 through their bankruptcy plan.

WHEREFORE, Premises considered, Debtor respectfully request that this Court allow the late filed Claim #26 to be paid through the plan as filed.  Debtor requests such further additional relief to which he may be entitled.

Respectfully submitted on this the 23rd day of February 2026.

Respectfully submitted

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533

CERTIFICATE OF SERVICE

I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Notice and Motion were forwarded on February 23, 2026, to:

By First Class U.S. Mail, Postage Prepaid:

Texas Attorney General
Child Support Division
P.O. Box 12017
Austin, TX 78711

By Electronic CM/ECF Notice:

Chapter 13 Trustee

United States Trustee

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.