**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:   Jamie Jo Bolton                                              Case No. 25-51090-KMS
         Randy Charles Daniel, Debtors                                CHAPTER 13

## NOTICE

Debtors have filed papers with the court to allow a late filed claim. **Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to allow the claim, or if you want the court to consider your views on the Motion, you or your attorney must:

File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
Dan M. Russell, Jr., U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date state above.

You must also mail a copy to the debtors' attorney:

Thomas C. Rollins, Jr.
The Rollins Law Firm, PLLC
702 West Pine St.
Hattiesburg, MS 39401
(601) 500-5533

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief, which shall sustain this Motion.

Date: February 23, 2026         Signature:   /s/ Thomas C. Rollins, Jr.
                                             Thomas C. Rollins, Jr. (MSBN 103469)
                                             The Rollins Law Firm, PLLC
                                             P.O Box 13767
                                             Jackson, MS 39236
                                             601-500-5533
                                             trollins@therollinsfirm.com

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Jamie Jo Bolton                                              Case No. 25-51090-KMS
         Randy Charles Daniel, Debtors                                CHAPTER 13

### MOTION TO ALLOW LATE FILED CLAIM

COMES NOW, Debtors, by and through counsel, and moves for the Court to allow the late filed claim filed by Texas Attorney General (Claim #26), and in support thereof, would show the following:

1. Texas Attorney General was properly listed in Debtors bankruptcy.
2. Debtors contacted Texas Attorney General ("Creditor") multiple times to file a claim in the pending case. To date, Creditor has not filed a claim.
3. That on or about February 18, 2026, Debtor filed a priority claim in the amount of $32,134.34 on behalf of Creditor.
4. That the deadline for filing claims has passed.
5. Debtors wish for the claim for pre-petition child support arrearage through July 2025 be paid in the amount of $30,408.00 through their bankruptcy plan.

WHEREFORE, Premises considered, Debtor respectfully request that this Court allow the late filed Claim #26 to be paid through the plan as filed. Debtor requests such further additional relief to which he may be entitled.

Respectfully submitted on this the 23rd day of February 2026.

Respectfully submitted

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533

## CERTIFICATE OF SERVICE

I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Notice and Motion were forwarded on February 23, 2026, to:

By First Class U.S. Mail, Postage Prepaid:

> Texas Attorney General
> Child Support Division
> P.O. Box 12017
> Austin, TX 78711

By Electronic CM/ECF Notice:

> Chapter 13 Trustee
>
> United States Trustee

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.