_____



**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: March 31, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**
_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Jamie Jo Bolton                                    Case No. 25-51090-KMS
             Randy Charles Daniel, Debtors                        CHAPTER 13

### ORDER ALLOWING LATE FILED CLAIM

THIS MATTER CAME BEFORE THE COURT on the debtors' Motion to Allow Late

Filed Claim (DK# **32** ) requesting that the Court allow the claim of Texas Attorney General

(Claim #26).  The Court finds that the relief requested is appropriate under the facts and the law.

IT IS THEREFORE ORDERED that the claim shall be allowed and payable as provided

by the Debtors' confirmed plan.

#END OF ORDER#

AGREED BY:
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
The Rollins Law Firm
P.O. Box 13767
Jackson, MS 39236
601-500-5533
ATTORNEY FOR DEBTOR