**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:   Jamie Jo Bolton                                Case No. 25-51090-KMS
        Randy Charles Daniel, Debtor(s)                        CHAPTER 13

## NOTICE OF WITHDRAWAL OF CLAIM

COMES NOW, the Debtors, by and through undersigned counsel of record, and hereby file this Notice of Withdrawal of the Texas Attorney General's Proof of Claim (Claim No. 26).

Date:  May 22, 2026

/s/ Thomas C. Rollins, Jr.
Attorney for Debtors

Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
trollins@therollinsfirm.com
601-500-5533

## CERTIFICATE OF SERVICE

I, Thomas C. Rollins, Jr., certify that an accurate copy of the Notice of Withdrawal of Claim was filed on CM/ECF this day and that the Chapter 13 Case Trustee and U.S. Trustee are registered to receive electronic notice in this case. The date of said notice is reflected on the Docket.

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)