**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:   Jamie Jo Bolton                                      Case No. 25-51090-KMS
         Randy Charles Daniel, Debtor(s)                     CHAPTER 13

## MOTION TO WITHDRAW CLAIM

COMES NOW, the Debtors, by and through undersigned counsel of record, and file this Motion to Withdraw Claim of the Texas Attorney General Child Support Division (Claim 26), and in support thereof would respectfully show the Court as follows:

1.  Debtors commenced this case on July 29, 2025, by filing a voluntary petition for relief under Chapter 13 of Title 11 of the United States Bankruptcy Code.

2.  A claim on behalf of the Texas Attorney General Child Support Division was filed on February 18, 2026 (Claim 26).

3.  The Custodial Parent made a request to the Office of the Texas Attorney General to stop providing child support services.

4.  Accordingly, Debtors wish to withdraw the claim of the Texas Attorney General Child Support Division.

WHEREFORE, PREMISES CONSIDERED, Debtors respectfully request that the Court authorize withdrawal of the claim of the Texas Attorney General Child Support Division, and for such additional or alternative relief as may be just and proper.

Respectfully submitted

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)

Of Counsel:
Thomas C. Rollins, Jr.
Jennifer Ann Curry Calvillo
The Rollins Law Firm, PLLC
P.O Box 13767, Jackson, MS 39236
601-500-5533

<u>CERTIFICATE OF SERVICE</u>

I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Notice and Motion to Withdraw Claim was forwarded on May 27, 2026, to:


By USPS First Class Mail, Postage Prepaid:

TX Attorney General
Child Support Division
P.O. Box 12017
Austin, TX 78711


By Electronic CM/ECF Notice:

Warren Cuntz

U.S. Trustee


/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.