Docusign Envelope ID: 03661481-0988-4974-BCDC-450188DB1B38

MC: ME
Bar Code Area
FS#:
Central File Maintenance
P.O. BOX 12048
AUSTIN, TX 78711-2048



**KEN PAXTON**
ATTORNEY GENERAL *of* TEXAS
CHILD SUPPORT DIVISION

Date: 6/25/2025
Attorney General Case #: 0197691651
Other Parent: RANDY CHARLES DANIEL

┌─────────────────────────────┐
│ **Vea Español al Otro Lado** │
└─────────────────────────────┘

Dear      :   KRISTAL DANIEL EATON

This letter is in response to one of the following:

- your request that the Office of the Attorney General stop providing you with child support services
- a review of your case indicating that child support (Title IV-D) services are being provided by another state.

If we stop providing child support services at your request, we will no longer be able to establish, modify or enforce child support, medical support, and dental support obligations or intercept income tax refunds. If child support is still owed to your family, ending our services will not end the court-ordered child support obligation. We will continue to receive any payments made through the Texas Child Support Disbursement Unit and forward them to you. If this occurs, the case may be subject to a $3.00 monthly registry-only processing fee.

If we stop providing child support services because you are receiving child support services by another state, we will no longer be able to establish, modify or enforce child support, medical support, and dental support obligations or intercept income tax refunds. Your current service-providing child support agency can help you address these matters. If child support is still owed to your family, ending our services will not end the court-ordered child support obligation. We will continue to receive and forward any payments made through the Texas Child Support Disbursement Unit according to law. If this occurs, the case may be subject to a $3.00 monthly registry-only processing fee. Failure to return this form will not prevent the case from being closed under these circumstances.

*************************************************************************************************

Please sign and return this letter within 30 days of the date of this letter to confirm your authorization that we close your case. We have enclosed a postage-paid envelope for your use. If you discontinue services and later need the services of our office again, you may be asked to complete an application.

I have read the above letter and understand its contents. At this time, I wish to withdraw from services provided by the Office of the Attorney General's Child Support Division.

_____          6/27/2025
(Signature)                               (Date)


MC:
Name: KRISTAL DANIEL EATON
Attorney General Case #: 0197691651
Other Parent:  RANDY CHARLES DANIEL