**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:    **Jamie Jo Bolton**                                    **Case No. 25-51090-KMS**
          **Randy Charles Daniel, Debtor(s)**                        **CHAPTER 13**

## ORDER

THIS CAUSE, having come on this date on the Motion to Withdraw Claim (Dk #____) as

filed by counsel for the Debtors, and the Court, having been notified that the Debtors' wish to

withdraw the claim of the Texas Attorney General Child Support Division, hereby finds as

follows, to-wit:

IT IS THEREFORE ORDERED that the claim of the Texas Attorney General Child

Support Division is withdrawn.

##END OF ORDER##

PREPARED BY:
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
Jennifer Ann Curry Calvillo (MS Bar No. 104367)
The Rollins Law Firm
P.O. Box 13767
Jackson, MS 39236
601-500-5533
ATTORNEY FOR DEBTOR